**Order entered December 21, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01002-CV

### VALPAK DIRECT MARKETING SYSTEMS, INC., Appellant

### V.

### COLONIAL SAVINGS, F.A., Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03570-2018**

## ORDER

Before the Court is appellee's December 19, 2018 unopposed third motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **January 9, 2019**. We caution appellee that further extension requests in this accelerated appeal will be disfavored.

/s/     ADA BROWN
JUSTICE